

10-CV-01787-DECL

ILED _____ ENTERED
_ LODGED _____ RECEIVED

JUL 05 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JESUS ANDRADE-TORRES, )
) 
              Petitioner, )   Case No.  C10-1787-JLR
)              (CR09-97-JLR)
  v. )
)   **ORDER OF DISMISSAL**
UNITED STATES OF AMERICA, )
)
             Respondent. )
)

The Court, having reviewed petitioner's 28 U.S.C. § 2255 motion, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and orders as follows:

1.    The Report and Recommendation is adopted;

2.    Petitioner's motion for an evidentiary hearing is DENIED;

3.    Petitioner's § 2255 motion is DENIED, respondent's cross-motion to dismiss is GRANTED, and this case is DISMISSED with prejudice;

4.    Petitioner is DENIED issuance of a certificate of appealability; and

5.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL- 1

1   DATED this _5th_ day of ___July___, 2011.

2

3                                           JAMES L. ROBART
                                            United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL- 2